

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00396-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

### ORDER

On October 9, 2019, this court granted relator a third extension of time in which to file a petition for writ of mandamus. Our order informed relator that no further extensions of time would be considered and cautioned relator that if he did not timely file a petition for writ of mandamus, this original proceeding would be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). In response to our order, relator asked this court to grant him permission to file a petition for writ of mandamus pursuant to Texas Civil Practice and Remedies Code sections 11.102(a) and 11.103(a). We deny the request.

Relator has not filed a petition for writ of mandamus; therefore, we dismiss this original proceeding for want of prosecution.

It is so **ORDERED** on October 30, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. CV-19-0000010, styled *John M. Donohue Ex Parte*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.